**Order entered October 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A LUNINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP; FPL ENERGY PECOS WIND II, ET ALL, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 04-10314**

## ORDER

The panel requests that Appellant file a response to Appellee's Motion for Panel Rehearing within fifteen days of the date of this order.

/s/      BILL WHITEHILL
        JUSTICE